IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MONIKA GONZALEZ SINIBALDI, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> 22650 VESS, LLC, *et al.*, <br><br> Defendants. | CASE NO. 5:25-CV-01143 <br><br> MAGISTRATE JUDGE AMANDA M. KNAPP <br><br> **ORDER** |

      A review of the Complaint (ECF Doc. 1) and Answer (ECF Doc. 7) reflect that Defendant 22650 Vess is a Limited Liability Company and that jurisdiction is based on diversity under 28 U.S.C. § 1332(a). "The general rule is that all unincorporated entities—of which a limited liability company is one—have the citizenship of each partner or member." *See Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009). And the Federal Rules of Civil Procedure require that where "jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party . . . must, unless the court orders otherwise, file a disclosure statement, naming and identifying the citizenship of "every individual or entity whose citizenship is attributed to that party . . ." *See* Fed. R. Civ. P. 7.1(a)(2).

      The record does not contain the required disclosure statement or sufficient information to allow the Court to determine whether there is diversity jurisdiction under 28 U.S.C. § 1332(a).

1

Accordingly, no later than September 17, 2025, Defendant 22650 Vess, LLC shall provide the names and citizenship of each of its partners or members.

September 5, 2025

                                        */s/Amanda M. Knapp*
                                        AMANDA M. KNAPP
                                        United States Magistrate Judge